AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

APRIL WAGNER,

    *Plaintiff*

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    *Defendant*

Civil Action No. 1:17-CV-3064-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulated Motion for Remand (ECF No. 16) is GRANTED. Judgment is entered in favor of Plaintiff and against Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Robert H. Whaley on a Stipulated Motion for Remand (ECF No. 16).

Date: November 6, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
    *(By) Deputy Clerk*
Penny Lamb